IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KENNETH A. BATTLE,
                Plaintiff,

      v.

CAROLINE R. TAYLOR, NC
DEPARTMENT OF PUBLIC SAFETY,
RICHARD T. DUKE, JR. DONALD
GREENE, CHRISTOPHER JONES,
ANGELA M. DELLARIPA, WILEY
JAMES PHILLIPS, SHEMOD ROBINSON,
MARCUS ANTHONY, SHANNON
GIVENS, AUNDREA JOHNSON,
FAUSTINA F. BROWN, LETECHIA
WILSON, KEVIN ALEXANDER
HUDSON, MERCEDES T. FORDHAM,
JOSHUA C. DENNIS, SGT. WILLIAMS,
OFFICER WATSON, OFFICER TUPPER,
LT. RICHARDSON, BERTHEL CARLISLE
BUNCH, OFFICER WATSON, ERIC
RIGGS, JOHN GODFREY,
BHARALKUMER THAKKAR, OFFICER
ANDRUFSKI, OFFICER MOUA, JOHN
HARRING, MARVIN CASINO, PAULA
PAGE, HEATHER TUCK, MARSHALL
PIKE, CATHY F. JUDGE, MR. BEASLEY,
CAPTAIN JIMMY DORMAN, KIMBERLY
GRANDE, TAMMIE ADCOCK, ERIK A
HOOKS, KAREN STEINOUR, PARTH
THAKKAR,

              Defendants.

**Judgment in a Civil Case**

Case Number: 5:20-CT-3258-D

**Decision by Court.**

This action came before the Honorable James C. Dever, III, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants NC Department of Public Safety, Angela M. Dellaripa, Wiley James Phillips, Faustina F. Brown, Mercedes T. Fordham, Joshua C. Dennis, Sgt Williams, Officer Watson, Officer Tupper, Lt Richardson, Office Watson, Eric Riggs, Bharalkumar

Thakkar, Officer Andrufksi, Office Moua, Mr. Beasley, Kimberly Grande, Erik A. Hooks, Karen Steinour, having been previously dismissed, that the remaining defendants' motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on August 11, 2023, with service on:
Kenneth A. Battle
72 Yadkin Street
Clayton, NC 27520                                      (via U.S. Mail)

Alan D. McInnis, Shelby Boykin, James Trachtman,
 Jennifer Maldonado                              (via CM/ECF Notice of Electronic Filing)

August 11, 2023                                      Peter A. Moore, Jr.
                                                                        Clerk of Court

                                                     By: _Shari Powers_____
                                                                        Deputy Clerk